« Search Form     « Court Records Menu

| Summary | Parties | Events | **Dockets** | Charges | Alerts | Bond | Summons | Ticklers | Disposition | Costs |

## Docket List

**01 2022 CA 004024** - CIRCUIT CIVIL - DIV. K (JUDGE WALKER)
HURTADO, BEVERLY -VS- CHUYS OPCO INC

**8 records found**

| File Date | Docket Text | Amount | Amount Due | Images | # of Pages |
|---|---|---|---|---|---|
| 12/27/2022 | SHERIFF'S RETURN SUMMONS - SERVED | | | 🔍 | 2 |
| 12/16/2022 | PLAINTIFFS FIRST INTERROGATORIES TO DEFENDANT | | | 🔍 | 7 |
| 12/16/2022 | PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT | | | 🔍 | 4 |
| 12/16/2022 | PLAINTIFF'S FIRST REQUESTS TO PRODUCE TO DEFENDANT | | | 🔍 | 3 |
| 12/16/2022 | SUMMONS ISSUED AS TO CHUYS OPCO INC (DEFENDANT); WITH FEE Receipt: 494812 Date: 12/20/2022 | $10.00 | $0.00 | 🔍 | 1 |
| 12/16/2022 | STANDING CASE MANAGEMENT ORDER PER A.O. 3.09 | | | 🔍 | 2 |
| 12/16/2022 | CIVIL COVER SHEET - JURY TRIAL REQUESTED | | | 🔍 | 3 |
| 12/16/2022 | COMPLAINT FOR NEGLIGENCE Receipt: 494812 Date: 12/20/2022 | $400.00 | $0.00 | 🔍 | 4 |

## IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
## IN AND FOR ALACHUA COUNTY, STATE OF FLORIDA
## CIVIL DIVISION

### CASE NO.: 01 2022 CA 004024

BEVERLY HURTADO,

      **Plaintiff,**

v.

CHUY'S OPCO, INC.,

      **Defendant.**

_____/

### COMPLAINT FOR DAMAGES AND DEMAND FOR JURY TRIAL

Plaintiff, BEVERLY HURTADO, through undersigned counsel, hereby sue defendant, CHUY'S OPCO, INC., and allege as follows:

### ALLEGATIONS COMMON TO ALL COUNTS

1.      This is a cause of action for damages more than $30,000 exclusive of costs and interest and is within the jurisdiction of this court.

2.      Plaintiff BEVERLY HURTADO (hereinafter referred to as "Mrs. Hurtado") is a resident of Alachua County, Florida.

3.      Defendant, CHUY'S OPCO, INC. (hereinafter referred to as "defendant"), is a foreign profit corporation doing business in Alachua County, Florida.

4.      Venue is proper in this court because the incident at issue in this lawsuit occurred in Alachua County, Florida.

5.      On August 21, 2021, at approximately 6:30 p.m., Mrs. Hurtado was at a restaurant operated by defendant (the restaurant is hereinafter referred to as "Chuy's").

6.      Chuy's is located at 3410 SW Archer Rd, Gainesville, Florida 32608.

7.      On August 21, 2021, defendant was in possession, custody, and/or control of Chuy's, including the sidewalks around Chuy's.

8.      While leaving Chuy's after dinner, Mrs. Hurtado tripped on an uneven area of sidewalk and fell.

9.      When Mrs. Hurtado fell, she sustained severe physical injuries.

## COUNT I
## MRS. HURTADO'S NEGLIGENCE CLAIM AGAINST DEFENDANT

10.     Mrs. Hurtado restates and realleges paragraphs one through 10 above as if fully set forth herein.

11.     At the time Mrs. Hurtado tripped and fell, defendant owed Mrs. Hurtado the following duties:

   a. To maintain its property in a reasonably safe condition;

   b. To warn invitees of unreasonably dangerous conditions about which it knew or should have known;

   c. To inspect its property to discover unreasonably dangerous conditions; and

   d. To timely remedy unreasonably dangerous conditions on its property.

12.     At the time Mrs. Hurtado tripped and fell, defendant breached the duties it owed Mrs. Hurtado in the following ways:

   a. Negligently failing to maintain its property in a reasonably safe condition;

   b. Negligently failing to provide warning of unreasonably dangerous conditions about which it knew or should have known;

c.Negligently failing to inspect its property to discover unreasonably dangerous conditions; and

d.Negligently failing to timely remedy dangerous conditions on its property.

13.    As a result of defendant's negligence, Mrs. Hurtado suffered bodily injury and resulting pain and suffering, disability, inconvenience, loss of capacity for the enjoyment of life, expense of hospitalization and medical treatment, loss of income, loss of ability to earn money in the future, and aggravation of a previously existing condition.  The losses are either permanent or continuing and Mrs. Hurtado will continue to suffer these losses in the future.

WHEREFORE, Mrs. Hurtado demands judgment against defendant for compensatory damages more than $30,000 plus all costs and interest to which she is entitled, and all other appropriate relief, and further demands a trial by a jury on all issues triable as of right by a jury.

## DEMAND FOR JURY TRIAL

Mrs. Hurtado demands a trial by jury against defendant on all issues so triable.

DATED December 16, 2022.

(Signature Block on Following Page)

**ALLEN LAW FIRM, P.A.**

/s/ David Carlson
William T. Allen, Jr., Esq.
Florida Bar No. 950180
David Carlson, Esq.
Florida Bar No.: 124058
2550 S.W. 76th Street, Suite 150
Gainesville, Florida 32608
Phone: (352) 331-6789
Fax: (352) 331-6785
Primary email:    service@allenlaw.com
Secondary email:  melissa@allenlaw.com
Attorneys for Plaintiff

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

### I.    CASE STYLE

IN THE CIRCUIT/COUNTY COURT OF THE <u>EIGHTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>ALACHUA</u>   COUNTY, FLORIDA

<u>Beverly Hurtado</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>Chuys OPCP Inc</u>
Defendant

### II.    AMOUNT OF CLAIM

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☒  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☐  over $100,000.00

### III.    TYPE OF CASE      (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☒ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☒ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

### COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.   Yes ☐ No ☒

**IV.    REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V.    NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  <u>1</u>

**VI.    IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.    HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.    IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

**IX.    DOES THIS CASE INVOLVE ALLEGATIONS OF SEXUAL ABUSE?**
    ☐ yes
    ☒ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ David Carlson</u>        Fla. Bar # <u>124058</u>
        Attorney or party           (Bar # if attorney)

<u>David Carlson</u>        <u>12/16/2022</u>
  (type or print name)         Date

IN THE EIGHTH JUDICIAL CIRCUIT OF FLORIDA

**STANDING CASE MANAGEMENT ORDER**

[AOSC20-23]

**THIS ACTION** is before the court for case management pursuant to AOSC20-23 (Amendment 10). Therefore, it is **ADJUDGED** that:

1. This case is provisionally designated as a general civil case.

2. **TRIAL DATE**:  The projected date for a non-jury trial shall be the first regular trial term taking place one year after the date of filing. The projected date for a jury trial shall be the first regular trial term taking place eighteen months after the date of filing. A firm trial date will be established by the presiding judge when the case is at issue. Trial term dates for each civil division are published on the Eighth Judicial Circuit Court website at https://circuit8.org/court-calendars/master-calendars/.  In county court cases, any case redesignated by the trial court as a streamlined case, in cases where the parties request it, or in any other case the trial court deems it appropriate, the trial date may be adjusted to take place sooner. Judges shall apply a firm continuance policy allowing continuances only for good cause shown.

3. **SERVICE**: Unless otherwise extended by court order for good cause shown, service of complaints should be completed within 120 days of filing. Requests for the addition of new parties shall be filed within 180 days of filing.

4. **DISCOVERY:** Fact and expert discovery shall be completed 60 days prior to the trial date set forth above.

5. **PRETRIAL MOTIONS**: Objections to pleadings and pretrial motions shall be resolved a minimum of 30 days prior to the trial date set forth above. Prior to filing ANY motion, counsel

"2022 CA 004024" 163234657 Filed at Alachua County Clerk 12/16/2022 04:19:06 PM EST

filing the motion shall confer with opposing counsel by telephone or in person in a good faith attempt to resolve the motion. The motion shall contain a good faith statement reflecting the date and time of the conference with opposing counsel. A statement that counsel attempted to confer with opposing counsel is insufficient unless the good faith statement details the date and time of at least three attempts to confer that occurred within the one-month period immediately prior to the filing of the motion.

6. **MEDIATION**: The parties shall conclude mediation at least 90 days prior to the trial date set forth above.

7. Deadlines established herein shall be strictly enforced. "Lawyers must strictly comply with Florida Rule of General Practice and Judicial Administration 2.545(a), which requires lawyers to conclude litigation as soon as it is reasonably and justly possible to do so, and the pandemic alone is not a basis for a lawyer's failure to prepare a case for trial or otherwise actively manage a case." This order may be modified at such time that the case is determined to be at issue. Fla. R. Civ. P. 1.440.

**ORDERED** in Alachua County, Florida, on April 23, 2021.

Mark W. Moseley, Chief Judge
on behalf of all presiding Eighth Circuit civil judges

I HEREBY CERTIFY that I have read and will comply with the foregoing standing order and shall cause it to be filed and served, contemporaneously with the complaint, on all named defendants.

_____   12/16/2022

Plaintiff or Plaintiff's Counsel                Date

IN THE CIRCUIT COUNTY COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

BEVERLY HURTADO,

Plaintiff,

-vs-

CHUY'S OPCO, INC.

Defendant(s).

Case No.: 01 2022 CA 004024

Division: K

## SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant

CHUY'S OPCO, INC.
C/O CORPORATION SERVICE COMPANY, AS REGISTERED AGENT
1201 HAYS STREET
TALLAHASSEE, FLORIDA 32301

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose name and address is

DAVID CARLSON
2550 SW 76TH STREET, SUITE 150
GAINESVILLE, FLORIDA 32608

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

WITNESS my hand and the seal of said Court on _____ DECEMBER 20 , 2022 .

J.K. "Jess" Irby, Esq.
Clerk of Circuit Court

By _____
Deputy Clerk

Civil Division
Alachua County Courthouse
201 East University Avenue • Gainesville Florida 32601
Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, STATE OF FLORIDA
CIVIL DIVISION

CASE NO.:

BEVERLY HURTADO,

       **Plaintiff,**

v.

CHUY'S OPCO, INC.,

       **Defendant.**

_____/

## PLAINTIFF'S FIRST REQUESTS TO PRODUCE TO DEFENDANT

Plaintiff, BEVERLY HURTADO (hereinafter referred to as "Mrs. Hurtado"), through her undersigned counsel and pursuant to Florida Rule of Civil Procedure 1.350, requests that defendant, CHUY'S OPCO, INC. (hereinafter referred to as "defendant"), produce to Mrs. Hurtado's undersigned counsel, at their law offices located at 2550 SW 76th Street, Suite 150, Gainesville, Florida 32608, the items described below for inspection and copying within 45 days of receipt of these requests.

## ITEMS TO BE PRODUCED

1.      A complete copy of all policies of insurance which cover or may cover defendant for the allegations set forth in Mrs. Hurtado's complaint.

2.      Complete color copies of all models, plats, maps, drawings, motion pictures, videotapes, and photographs pertaining to any fact or issue involved in this lawsuit.

3.      Complete copies of all reports and investigations related to the incident described

Page 1 of 3

in the complaint.

4.      Complete copies of all incident reports completed because of the incident described in the complaint.

5.      Complete copies of all statements provided by Mrs. Hurtado.

6.      Complete copies of all statements provided by Mr. Hurtado.

7.      Complete copies of all documents signed by Mrs. Hurtado related to or referencing the incident described in the complaint.

8.      Complete copies of all documents signed by Mr. Hurtado related to or referencing the incident described in the complaint.

9.      Complete copies of all statements made by any person relating to the incident described in the complaint.

10.     A complete copy of all drawings, motion pictures, videotapes, and photographs taken of Mrs. Hurtado and/or Mr. Hurtado since the date of the incident described in the complaint.

(Certificate of service on following page)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served on the registered agent of

defendant at the time of service of process.

**ALLEN LAW FIRM, P.A.**

**/s/ David Carlson**
William T. Allen, Jr., Esq.
Florida Bar No. 950180
David Carlson, Esq.
Florida Bar No.: 124058
2550 S.W. 76th Street, Suite 150
Gainesville, Florida 32608
Phone: (352) 331-6789
Fax: (352) 331-6785
Primary email:  service@allenlaw.com
Secondary email:  melissa@allenlaw.com
Attorneys for Plaintiff

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, STATE OF FLORIDA
CIVIL DIVISION

CASE NO.:

BEVERLY HURTADO,

        Plaintiff,

v.

CHUY'S OPCO, INC.,

        Defendant.

_____/

## PLAINTIFF'S FIRST REQUESTS FOR ADMISSION TO DEFENDANT

Plaintiff, BEVERLY HURTADO (hereinafter referred to as "Mrs. Hurtado"), through her undersigned counsel and pursuant to Florida Rule of Civil Procedure 1.370, requests that defendant, CHUY'S OPCO, INC. (hereinafter referred to as "defendant"), admit that each of the following statements are true:

1.      On August 21, 2021, Mrs. Hurtado tripped and fell as described in her complaint.

RESPONSE:


2.      On August 21, 2021, defendant had possession, custody, and control of Chuy's as described in Mrs. Hurtado's complaint.

RESPONSE:


3.      On August 21, 2021, Mrs. Hurtado was an invitee to Chuy's.

RESPONSE:

4.      On August 21, 2021, there was an uneven segment on the sidewalk at Chuy's.

RESPONSE:


5.      On August 21, 2021, the uneven segment Mrs. Hurtado tripped and fell on was unmarked.

RESPONSE:


6.      Mrs. Hurtado sustained personal injury because of her fall on August 21, 2021.

RESPONSE:


7.      Mrs. Hurtado incurred medical bills because of her fall on August 21, 2021.

RESPONSE:


8.      Mrs. Hurtado lost income because of her fall on August 21, 2021.

RESPONSE:


9.      Prior to August 21, 2021, defendant was aware of the dangerous condition presented by the uneven segment of the sidewalk described in Mrs. Hurtado's complaint.

RESPONSE:

10.     On August 21, 2021, defendant did not warn Mrs. Hurtado of the dangerous condition presented by the uneven segment on the sidewalk described in Mrs. Hurtado's complaint.

RESPONSE:


11.     Mr. Hurtado lost the consortium of his wife, Mrs. Hurtado, as a result of the fall on August 21, 2021.

RESPONSE:


12.     Prior to August 21, 2021, one or more people complained to defendant about the condition of the uneven segment on the sidewalk described in Mrs. Hurtado's complaint.

RESPONSE:


(Certificate of service on following page)

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a copy of the foregoing was served on the registered agent

of defendant at the time of service of process.

        **ALLEN LAW FIRM, P.A.**

        **/s/ David Carlson**
        William T. Allen, Jr., Esq.
        Florida Bar No. 950180
        David Carlson, Esq.
        Florida Bar No.: 124058
        2550 S.W. 76th Street, Suite 150
        Gainesville, Florida 32608
        Phone: (352) 331-6789
        Fax: (352) 331-6785
        Primary email:  service@allenlaw.com
        Secondary email:  melissa@allenlaw.com
        Attorneys for Plaintiff

IN THE CIRCUIT COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, STATE OF FLORIDA
CIVIL DIVISION

CASE NO.:

BEVERLY HURTADO,

          Plaintiff,

v.

CHUY'S OPCO, INC.,

          Defendant.

_____/

## **PLAINTIFFS FIRST INTERROGATORIES TO DEFENDANT**

Plaintiff, BEVERLY HURTADO (hereinafter referred to as "Mrs. Hurtado"), through her undersigned counsel and pursuant to Florida Rule of Civil Procedure 1.340, propounds the following interrogatories to defendant, CHUY'S OPCO, INC. (hereinafter referred to as "defendant"), to be answered fully, in writing, and under oath, with answers to be served on Mrs. Hurtado's counsel within 45 days of receipt of these interrogatories.

For all interrogatories below, the word "you" refers to defendant, CHUY'S OPCO, INC., or its designated representative, as appropriate.

## **INTERROGATORIES**

1.      What is the name, address, title, and employer of the person answering these interrogatories, and, if applicable, the person's official position or relationship with the party to whom the interrogatories are directed?

ANSWER:

2.      Describe in detail how the incident described in the complaint happened, including all actions taken by you to prevent the incident.

ANSWER:

3.      Describe in detail each act or omission on the part of any party to this lawsuit that you contend constituted negligence that was a contributing legal cause of the incident in question.

ANSWER:

4.      State the facts upon which you rely for each affirmative defense in your answer.

ANSWER:

5.      Do you contend any person or entity other than you is, or may be, liable in whole

or part for the claims asserted against you in this lawsuit? If so, state the full name, address, telephone number, and social security number of each such person or entity, the legal basis for your contention, the facts or evidence upon which your contention is based, and whether you have notified each such person or entity of your contention.

ANSWER:

6.      List the full name, address, and telephone number of all persons who are believed or known by you, your agents, or your attorneys to have any knowledge concerning any of the issues in this lawsuit; and specify the subject matter about which the witness has knowledge.

ANSWER:

7.      Have you heard or do you know about any statement or remark made by or on behalf of any party to this lawsuit, other than yourself, concerning any issue in this lawsuit? If so, state the full name, address, telephone number, and social security number of each person who made the statement or statements, the full name, address, telephone number, and social security number of each person who heard it, and the date, time, place, and substance of each statement.

ANSWER:

8.      State the full name, address, telephone number, and social security number of every person known to you, your agents, or your attorneys who has knowledge about, or possession, custody, or control of, any model, plat, map, drawing, motion picture, videotape, or photograph pertaining to any fact or issue involved in this controversy; and describe as to each, what item such person has, the name and address of the person who took or prepared it, and the date it was taken or prepared.

ANSWER:

9.      Have you or any person or entity acting on your behalf conducted any surveillance of Mrs. Hurtado and/or Mr. Hurtado since the time of the incident described in Mrs. Beverly's complaint? If yes, please state who conducted such surveillance, where and when the surveillance occurred, and whether any record of the surveillance was made, including but not limited to photographs, videos, notes, etc.

ANSWER:

10.      At the time of the incident described in Mrs. Hurtado's complaint were any cameras or other recording devices located in the area where the incident occurred? If yes, was a recording of the incident created? If recordings were made, please provide us with the custodian's name, employer, title, phone number, and address.

ANSWER:

11.     Since August 21, 2021, has anyone other than Mrs. Hurtado fallen because of the dangerous condition described in Mrs. Hurtado's complaint? If so, how many such incidents have occurred, what is the date of each such incident, what is the name of each person making the allegations, and what is the phone number of each person making the allegations?

ANSWER:

_____
As authorized representative of
CHUY'S OPCO, INC.

STATE OF FLORIDA
COUNTY OF _____

BEFORE ME, the undersigned authority, personally appeared _____, as authorized representative of defendant, and after being first duly sworn, deposes and says that Affiant is an authorized representative of defendant, that Affiant has answered and executed the foregoing interrogatories, and that the answers are true, correct, and based upon the affiant's personal knowledge (after research if necessary).

SWORN TO AND SUBSCRIBED before me, this _____ day of _____, 2022.

Personally known ☐

OR

Produced Identification ☐

Type of Identification Produced:


_____
Notary Public, State of Florida

My Commission Expires:

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was served on the registered agent of

defendant at the time of service of process.

**ALLEN LAW FIRM, P.A.**

**/s/ David Carlson**
William T. Allen, Jr., Esq.
Florida Bar No. 950180
David Carlson, Esq.
Florida Bar No.: 124058
2550 S.W. 76th Street, Suite 150
Gainesville, Florida 32608
Phone: (352) 331-6789
Fax: (352) 331-6785
Primary email:  service@allenlaw.com
Secondary email:  melissa@allenlaw.com
Attorneys for Plaintiff

Court Stamp Here

# RETURN OF SERVICE

| Court | IN THE CIRCUIT COURT OF THE 8TH JUDICIAL CIRCUIT IN AND FOR ALACHUA COUNTY, FLORIDA | |
|---|---|---|
| Plaintiff | **BEVERLY HURTADO** | Case # **01 2022 CA 004024** |
| Defendant | **Chuy's Opco, Inc.** | Hearing Date |
| Person to be Served | **Chuy's Opco, Inc. c/o Corporation Service Company, Registered Agent** | Came to Hand Date/Time **12/22/2022    4:17 PM** |
| Manner of Service | **Corporate** | Service Date/Time **12/23/2022    11:30 AM** |
| Documents | **SUMMONS;COMPLAINT;STANDING CASE MANAGEMENT ORDER;P'S RFAS TO DEFENDANT;P'S 1st RFPD TO DEFENDANT;P'S 1st ROGS TO DEFENDANT** | Service Fee **$59.00** |

On **12/23/2022** at:
**1201 Hays Street, Tallahassee, FL 32301** I served **Chuy's Opco, Inc. c/o Corporation Service Company, Registered Agent** by:

Leaving **1** copy(ies) of this process with **Dennis Ratliff** , a person authorized to accept service and informed that person of the contents thereof, with the date and hour of service endorsed thereon by me.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
**I delivered the documents to Dennis Ratliff who indicated they were the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white male contact 25-35 years of age, 5'8"-5'10" tall and weighing 160-180 lbs**

Notary not required pursuant to F.S. 92.525(2).

I am over 18 years of age, not a party to nor interested in this case and I have the proper authority in the jurisdiction where I effected service, pursuant to Florida Statute Chapter 48. Per U.S. Code § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



| James Kady | 065 / 065 / 065 / 065 / 065 / 065 | 12/23/2022 |
|---|---|---|
| | Process Server ID | Date Executed |



IN THE CIRCUIT COUNTY COURT OF THE EIGHTH JUDICIAL CIRCUIT
IN AND FOR ALACHUA COUNTY, FLORIDA

BEVERLY HURTADO,

Plaintiff,

-vs-

CHUY'S OPCO, INC.

Defendant(s).

Case No.: 01 2022 CA 004024

Division: K

# SUMMONS

**THE STATE OF FLORIDA**
**To Each Sheriff of the State:**

YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on defendant

CHUY'S OPCO, INC.

C/O CORPORATION SERVICE COMPANY, AS REGISTERED AGENT

1201 HAYS STREET

TALLAHASSEE, FLORIDA 32301

Each defendant is required to serve written defenses to the complaint or petition on plaintiff's attorney whose name and address is

DAVID CARLSON

2550 SW 76TH STREET, SUITE 150

GAINESVILLE, FLORIDA 32608

within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court either before service on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

WITNESS my hand and the seal of said Court on ___DECEMBER 20___, __2022__ .

J.K. "Jess" Irby, Esq.
Clerk of Circuit Court

By _Erika Powell_

Deputy Clerk

Civil Division
Alachua County Courthouse
201 East University Avenue • Gainesville Florida 32601
Phone (352) 374-3636 • Fax (352) 338-3207

Summons Form-Corporate