UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

BEVERLY HURTADO,

   Plaintiff,

v.                                                                                  Case No. 1:23cv7-HTC

CHUY'S OPCO, INC.,

   Defendant.
_____/

## ORDER

Before the Court is the parties' joint stipulation of dismissal. ECF Doc. 18. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is dismissed with prejudice. The clerk is directed to close the file.

DONE AND ORDERED this 25th day of July, 2023.

/s/ Hope Thai Cannon
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**